# U.S. District Court

## Tennessee Middle - Nashville

Receipt Date: Aug 15, 2025 4:03PM

Monsieur Shawnellias Burgess
3040 Cody Hill Road
Nashville, TN 37211

Rcpt. No: 300006301 Trans. Date: Aug 15, 2025 4:03PM Cashier ID: #MG (4569)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| PC | Check/Money Order | #2249933 | 08/15/2025 | $405.00 |
| | | | Total Due Prior to Payment: | $405.00 |
| | | | Total Tendered: | $405.00 |
| | | | Total Cash Received: | $0.00 |

**Comments**: Filing fee for Monsieur Shawnellias Burgess, Case No. 3:25-cv-0930

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.