**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| MONSIEUR SHAWNELLIAS BURGESS,<br><br>Plaintiff,<br><br>v.<br><br>BRADFORD HILLS HOA, METROPOLITAN PROPERTY MANAGEMENT LLC, CHRISTOPHER CUMMINGS, JAMES SUMMAR, JOHN PYLE, LINDSAY VRABIC, YORDAN PORASHKA, and KATHY HOLBROOK,<br><br>Defendants. | ) | CIVIL ACTION NO. 3:25-CV-00930<br><br>JUDGE WILLIAM L. CAMPBELL, JR. |

---

**DEFENDANTS' MOTION TO DISMISS**

---

COME NOW, Defendants Bradford Hills HOA, Metropolitan Property Management LLC, Christopher Cummings, James Summar, John Pyle, Lindsay Vrabic, Yordan Porashka and Kathy Holbrook, by and through counsel, and file their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Plaintiff has improperly sued individual defendants Mr. Cummins, Mr. Summar, Mr. Pyle, Ms. Vrabic, and Mr. Porashka, who are immune from suit as directors or members of the governing board of the Bradford Hills Homeowners' Association, a Tennessee nonprofit corporation. Plaintiff has improperly sued Metropolitan Property Management, against which he raises no claims, and its former employee Kathy Holbrook, who has no individual liability for actions performed in the course and scope of her employment. Plaintiff fails to raise any claim of racial discrimination, harassment, or retaliation under the Fair Housing Act, asserting instead

"[t]he Defendants have harassed, discriminated and retaliated against the Plaintiff because he won his state case[.]" Plaintiff improperly raises claims of "Selective Enforcement" and "Ultra Vires Acts," neither of which are available under the alleged facts or against these defendants. Plaintiff alleges no fiduciary duty to support a claim of breach of fiduciary duty owed by not only the Bradford Hills Homeowners' Association to him personally, but by the individual HOA defendants, the management company, and an employee of the management company, to him personally. Plaintiff fails to understand the terms of the Settlement Agreement, under which there has been no breach, and the "court order" of the State Court in a prior action brought by Plaintiff against the Bradford Hills HOA. Finally, Plaintiff fails to raise a claim of negligence. All of Plaintiff's claims fail, and so his Complaint must be dismissed with prejudice in its entirety.

**WHEREFORE**, Defendants respectfully request this Court dismiss the Complaint with prejudice.

DATED: October 17, 2025

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Samantha Gerken*
Heather Gwinn, BPR 25931
Samantha Gerken, BPR 033582
4020 Aspen Grove Drive, Suite 500
Franklin, Tennessee 37067
Phone: (615) 772-9010
hgwinn@grsm.com
sgerken@grsm.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent to those indicated below on October 17, 2025 via U.S. Mail, postage pre-paid and electronic mail:

Monsieur Shawnellias Burgess
3040 Cody Hill Road
Nashville, TN 37211
shawnellias@yahoo.com

*/s/ Nicole Canter*
Nicole Canter, Paralegal