EXHIBIT A

# BRADFORD HILLS HOMEOWNERS' ASSOCIATION, INC.

Entity Type: Nonprofit Corporation
Formed in: TENNESSEE
Term of Duration: Perpetual
Religious Type: Non-Religious
Benefit Type: Mutual Benefit Corporation

Status: Active
Control Number: 000226709
Initial Filing Date: 3/23/1990 12:48:00 PM
Fiscal Ending Month: December
AR Due Date: 04/01/2026

| Registered Agent | Principal Office Address | Mailing Address |
|---|---|---|
| METROPOLITAN PROPERTY MANAGEMENT, LLC<br>4521 TROUSDALE DR<br>NASHVILLE, TN 37204-4513 | 4521 TROUSDALE DRIVE<br>NASHVILLE, TN 37204 | 4521 TROUSDALE DRIVE<br>NASHVILLE, TN 37204 |

| AR Standing: Good | RA Standing: Good | Other Standing: Good | Revenue Standing: N/A |
|---|---|---|---|

History (41)